UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES -- GENERAL

Case No. CV 98-4055-NM(CWx)                Date: August 31, 1999

Title: Avid Identification Systems, Inc. v. Global ID Systems, et al.
================================================================
**DOCKET ENTRY**

================================================================
PRESENT: **HON. CARLA WOEHRLE, UNITED STATES MAGISTRATE JUDGE**

    Janet Argarin                               n/a
    Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                                None Present

**PROCEEDINGS:** (IN CHAMBERS)

Tentative Ruling re: Defendant's Motion to Withdraw Deemed Admissions

    Defendant's motion is **DENIED**. In light of the district court's rulings granting summary adjudication and partial summary judgment, the admissions are now moot. Even if not wholly mooted, exercise of discretion to grant the relief requested would not be warranted because plaintiff would be prejudiced by withdrawal of the deemed admissions at this late date. This case has been litigated by plaintiff through two summary judgment motions, as well as a motion for reconsideration, in reliance on the admissions. Moreover, defendant has made no showing that the interests of justice and a fair determination of the merits of this case would be served by permitting withdrawal of the deemed admissions. See F.R.Civ.P. 36(b); 999 v. C.I.T. Corp., 776 F.2d 866, 869 (9th Cir. 1985)(withdrawal not permitted where trial had begun and plaintiff had relied on admission). Cf. Hadley v. United States, 45 F.3d 1345, 1348-50 (9th Cir. 1995)(finding no prejudice from withdrawal of deemed admission where motion to withdraw was timely and plaintiff did not substantially rely on admissions in conducting litigation).

**MINUTES FORM 11**
**CIVIL-GEN**

Initials of Deputy Clerk

ENTERED ON ICMS
SEP 2 1999